AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

CASEY JANIS, et al.
Plaintiff
v.
RENT–A–CENTER EAST INC , et al.
Defendant

) Civil Action No. 2:25–CV–00141–JDC–TPL
) Judge James D Cain, Jr

## SUMMONS IN A CIVIL ACTION

To:
**Rent–A–Center East Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Gary Lee Blanchard**
**Lundy Law**
**P O Box 3010**
**Lake Charles, LA 70602–3010**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 2/7/2025

/s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00141-JDC-TPL

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for RENT-A-CENTER EAST INC., et al was received by me on Feb 7, 2025, 3:06 pm.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on Abby Sarmiento, Authorized Employee of Registered Agent CT Corporation System, who is designated by law to accept service of process on behalf of RENT-A-CENTER EAST INC., et al on Mon, Feb 10 2025

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ 0 for travel and $ 106.05 for services, for a total of $106.05.

I declare under penalty of perjury that this information is true.

Date: 02/11/2025

Herbert Battistella

*Server's signature*

Herbert Battistella, Process Server

*Printed name and title*

CAPITAL PROCESS SERVICE, LLC
5916 South Shore Dr., Baton Rouge, LA 70817-3982
225-756-2537 • www.BatonRougeProcessServer.com

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Service: Feb 10, 2025, 2:25 pm CST at Registered Agent CT Corporation System: 3867 Plaza Tower Drive, Baton Rouge, LA 70816 received by Abby Sarmiento, Authorized Employee of Registered Agent CT Corporation System . Age: 32; Ethnicity: Asian American; Gender: Female; Weight: 155; Height: 5'5"; Hair: Black;